**No. 56582.**—American Import Co. et al. *v.* United States, protests 549680–G, etc. (Los Angeles).

Opinion by RAO, J. The protests were dismissed.

**No. 56583.**—Wo Kee & Co. *v.* United States, protest 794312–G (San Francisco).

Opinion by RAO, J. The protest was dismissed.

**No. 56584.**—W. X. Huber Co. et al. *v.* United States, protests 894089–G, etc. (Los Angeles).

Opinion by RAO, J. The protests were dismissed.